8

Arthur MURPHY v. STATE. (No. 9783.) Court of Criminal Appeals of Texas. May 16, 1928. Appeal from District Court, Fannin County; George P. Blackburn, Judge. Cunningham & Lipscomb, of Bonham, for appellant. Sam D. Stinson, State's Atty., and Nat Gentry, Jr., Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. It is made to appear by proper affidavit that, pending a motion for rehearing in this case, appellant has died. The opinion heretofore delivered, ordering an affirmance of the judgment, is withdrawn, and the appeal is abated.